AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

Courtney Mighty

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

2004 M 0486 RBC - 02

I, __Courtney Mighty__, charged in a ☑ complaint ☐ petition pending in this District with __importation of cocaine__ in violation of Title __21__, U.S.C., __952(a) + 960(a)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

OCT 12 2004
*Date*

x C. Mighty
*Defendant*

Catherine K. Byrne
*Counsel for Defendant*