# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                      CRIMINAL NO. 2004-10364-NMG-02

COURTNEY MIGHTY,
        Defendant.

## ORDER RETURNING CASE
## TO DISTRICT JUDGE FOR CHANGE OF PLEA

COLLINGS, U.S.M.J.

The Court has been informed the above-named defendant intends to plead guilty to the charge(s) contained in the Indictment.

ACCORDINGLY, THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE GORTON'S SESSION.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: December 17, 2004.