UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10364-NMG |
| ) | |
| COURTNEY MIGHTY ) | |

### DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

The defendant respectfully submits the following objections to the Presentence Report.

**Paragraph (15).**  There is no evidence sufficient to support an upward adjustment of the amount of drugs for which the defendant is accountable.  As the government's description of offense conduct submitted to probation indicated:

> The government takes the position that Mighty is responsible for 500 grams to 2 kilograms of cocaine, and that his Base Offense Level is 26, with no victim related adjustments, role in the offense adjustments or obstruction adjustments.  We recognize that his statements about prior conduct, if proven, could increase the quantity of cocaine for which he is responsible, thereby making him eligible for a BOL of 28.  However, those same statements would imply a role adjustment as a lesser participant.  We have no independent evidence of the additional cocaine referred to in [defendant's] post-arrest statements, although we are able to corroborate prior trips to Jamaica through the INS database.  Nevertheless, we have obtained no evidence at this time of the weight of the cocaine that he brought back on any prior trips beyond his own statements.  For these reasons, we have taken the position that the base level is 26, but that no adjustments are appropriate.

The defendant is accountable for between 500 grams to 2 kilograms of cocaine and his base offense level is 26.

**Paragraph (16).** As explained above, the base offense level should be 26 not 28.

**Paragraphs (21 and 23).** The adjusted offense level should be 24 and the total offense level should be 21.

**Paragraph (80).** The guideline imprisonment range for offense level 21 is 37-46 months.

**Paragraph (81).** As explained above, the base offense level should be 26.

                                  COURTNEY MIGHTY
                                  By his attorney,

                                  /s/ Catherine K. Byrne

                                  Catherine K. Byrne
                                      B.B.O. #543838
                                  Federal Defender Office
                                  408 Atlantic Avenue, 3rd Floor
                                  Boston, MA  02110
                                  Tel: 617-223-8061

April 1, 2005