UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10364-NMG |
| | ) | |
| COURTNEY MIGHTY | ) | |

<u>MOTION TO FILE UNDER SEAL</u>

Defendant, Courtney Mighty, respectfully requests that this Court permit him to file Defendant's Sentencing Memorandum under Seal, as it contains personal information that he does not wish to make public.

                                            COURTNEY MIGHTY
                                            By his attorney,

                                            <u>/s/ Catherine K. Byrne</u>
                                            Catherine K. Byrne
                                               B.B.O. #543838
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel: 617-223-8061

DATED:  March 23, 2006

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney Nancy Rue, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

                                            <u>/s/ Catherine K. Byrne</u>
                                            Catherine K. Byrne