| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 04-10364 |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED CLERKS OFFICE | | DOCKET NUMBER (Rec. Court) 06cr 755 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Courtney Mighty 424 Hacock Avenue Mt. Vernon, NY 10553 | 2006 SEP 14 P 1:54 DISTRICT OF MASSACHUSETTS US DISTRICT OF MASS | DIVISION Criminal, D/MA, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Nathaniel M. Gorton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/12/06 — TO 5/11/09 |

OFFENSES:

Conspiracy to Import Cocaine, 21 USC §963
Importation of Cocaine, 21 USC §952(a) & 960(a)
Forfeiture Allegation, 21 USC §853

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/18/06_
Date

_N M Gorton_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9/11/06_
Effective Date

_[signature]_
United States District Judge